**No. 10-1056. John Doe, Father of Minor Daughter H. S., et al., Petitioners v. Silsbee Independent School District, et al.**

563 U.S. 974, 131 S. Ct. 2875, 179 L. Ed. 2d 1188, 2011 U.S. LEXIS 3464.

May 2, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 402 Fed. Appx. 852.